|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| GLORIA CASTLE, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:08-cv-166-PMP-RJJ |
| vs. | ) | |
| CLARK COUNTY REAL MANAGEMENT, | ) | REPORT & RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| Defendant. | ) | |

This matter came before the Court for a Show Cause hearing on Feb. 2, 2009.

The Court makes the following findings.

1. On February 7, 2008, Plaintiff Gloria Castle filed an Application for Leave to Proceed *In Forma Pauperis* (#1) with a proposed complaint attached thereto (Attachment #1) (#1).

2. A hearing on the Application (#1) was held on April 9, 2008. Plaintiff, Gloria Castle appeared at this hearing and was canvassed by the Court. The Application (#1) was denied and Plaintiff was ordered to pay the full filing fee by May 15, 2008.

4. Plaintiff failed to pay the filing fee as ordered and subsequently a Show Cause hearing was scheduled for February 2, 2009. *See*, Order to Show Cause (#5).

5. Notice of the Show Cause hearing was sent by certified mail to Plaintiff's address of Record. *See*, Mail Receipt (#6).

6. Said certified mail was returned to the Court by the United States Postal Service marked "Return to Sender Vacant Unable to Forward." *See*, Returned Mail Notice (#7).

7. Plaintiff, Gloria Castle did not appear at the Show Cause hearing scheduled for February 2, 2009.

8. Plaintiff, Gloria Castle has apparently changed her address without advising the court of a new address as required by the rules.

9. Plaintiff, Gloria Castle has failed to prosecute this action in that she has made no appearance in the case for approximately nine (9) months.

Based on the foregoing and good cause appearing therefore,

## RECOMMENDATION

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be **DISMISSED WITH PREJUDICE**.

## NOTICE

Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within ten (10) days after service of this Notice. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986). This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

DATED this   2d   day of February, 2009.

ROBERT J. JOHNSTON
United States Magistrate Judge

- 2 -