1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                         **DISTRICT OF NEVADA**
6                                  * * *
7    GLORIA CASTLE,                    )
                                       )        2:08-CV-00166- PMP-RJJ
8              Plaintiff,              )
                                       )              **ORDER**
9                                      )
                                       )
10   vs.                               )
                                       )
11   CLARK COUNTY REAL                 )
     MANAGEMENT,                       )
12                                     )
                                       )
13             Defendant.              )
     _____ )
14

15          Before the Court for consideration is Plaintiff Gloria Castle's Application

16   for Leave to Proceed *In Forma Pauperis*, with a Proposed Complaint (Doc. #1) filed

17   February 7, 2008.  On February 2, 2009, the Honorable Robert J. Johnston United

18   States Magistrate Judge, entered a Report and Recommendation (Doc. #8)

19   recommending that Plaintiff Castle's application for leave to proceed *in forma*

20   *pauperis,* with a proposed complaint be denied.  (Doc. #1).

21          The Court has conducted a de novo review of the record in this case in

22   accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2 and

23   determines that Magistrate Judge Johnston's Report & Recommendation should be

24   Affirmed.

25          **IT IS THEREFORE ORDERED that** the Honorable Robert J. Johnston

26   United States Magistrate Judge's Report & Recommendation (Doc. #8) is hereby

     AFFIRMED.

1

**IT IS FURTHER ORDERED that** Plaintiff Gloria Castle's Application

2   for Leave to Proceed *In Forma Pauperis*, with a Proposed Complaint (Doc. #1) is

3   DISMISSED with prejudice.

4

5   DATED:  February 23, 2009.

6

7   _____

8   PHILIP M. PRO
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26